IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>KENNETH ODELL,<br><br>                      Defendant. | 8:13CR147<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

      The defendant appeared before the Court on February 28, 2022 regarding Petition for Offender Under Supervision [79].  Julie Hansen represented the defendant.  Joseph Meyer represented the government.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

      The defendant appeared by summons, or is otherwise not in custody, and will not be detained.  Therefore, the defendant does not have right to a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release.  The defendant shall appear personally for a final dispositional hearing before Senior U.S. District Judge Richard G. Kopf in Courtroom No. 2, Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, at 1:00 p.m. on May 3, 2022.

      The government did not move for detention.  The defendant shall be released on the current terms and conditions of supervision.

      **IT IS SO ORDERED**.

Dated this 28th day of February, 2022.

                                                                     BY THE COURT:

                                                                     s/ Susan M. Bazis
                                                                     United States Magistrate Judge