IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13-CR-147 |
| vs. | ORDER |
| KENNETH ODELL, | |
| Defendant. | |

IT IS ORDERED:

1. The government's motion to dismiss (filing 107) is granted.

2. The operative petition for offender under supervision (filing 79) is dismissed.

3. The December 8, 2023 hearing is cancelled.

Dated this 30th day of November, 2023.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge